Nancy E. WHITAKER, Petitioner

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2015–3085.

United States Court of Appeals, Federal Circuit.

March 18, 2016.

Amos Jones, Amos Jones Law Firm, Washington, DC, argued for petitioner.

Sara B. Rearden, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by Bryan G. Polisuk.

NEWMAN, MOORE, and STOLL, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**